**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 36ATH NW, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | |
| AXIS SURPLUS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant(s), | ) | |

**NOTICE OF REMOVAL**

COMES NOW, Defendant Axis Surplus Insurance Company (hereafter, "ASIC"), through its counsel of record, in accordance with 28 U.S.C. §§ 1332, 1441 and 1446, respectfully gives notice to this Court that case number CJ-2024-222 filed in the District Court of Cleveland County, State of Oklahoma ("State Court Action"), with the same case caption as above is removed to the United States District Court for the Western District of Oklahoma. This action is removable because complete diversity of citizenship exists among the parties, and the amount in controversy taken from available sources exceeds the sum of $75,000.00, exclusive of interest, costs and fees, all as set forth in more detail below. In support of this Notice of Removal, ASIC states as follows:

1. Plaintiff is a limited liability company organized under the laws of the State of Oklahoma. See Exhibit 2, Petition, paragraph 1.

2. Defendant is organized and incorporated under the laws of the State of Illinois. See Exhibit 2, paragraph 2, and Exhibit 3, Defendant Axis Surplus Insurance Company's Original Answer to Plaintiff's Petition,  paragraph 2 admitting these

1

allegations.

3. The Plaintiff alleges ASIC breached an insurance contract and committed the tort of breach of the implied covenant of good faith and fair dealing.

4. Complete diversity between the parties exists. See Exhibits 2 & 3.

5. The Petition alleges an amount in controversy in excess of $75,000.00. See Exhibit 2, Prayer for Relief (B).

6. Accordingly, the United States District Court for the Western District of Oklahoma has original subject matter jurisdiction of this case pursuant to 28 U.S.C. §1332 and pendant jurisdiction of the state law claim pursuant to 28 U.S.C. § 1367.

7. This removal is timely as the matter is brought to this Court within thirty (30) days of service (7/24/2025) of the Petition and notice of assertion of federal claims.

8. By this removal, Defendants reserve, and do not waive any rights to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of Plaintiff's Petition, or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to, Oklahoma Governmental Tort Claims Act, related statutes, and relevant case law.

9. In accordance with 28 U.S.C. §1446 and LCvR81-2, a copy of the following is attached:

Exhibit 1: Cleveland County Docket Sheet;

Exhibit 2: Petition;

Exhibit 3: Answer of Defendant ASIC

2

Exhibit 4: Service on Defendant ASIC

WHEREFORE, Defendant Axis Surplus Insurance Company respectfully requests that this Court accept the removal of this case in accordance with this Notice of Removal, and for such other relief that it deems appropriate.

Dated this __th day August 2025.

Respectfully submitted,

/s/ *Malinda S. Matlock*
Malinda S. Matlock, OBA No. 14108
Jon M. Williford, OBA No. 19598
RHODES, HIERONYMUS, JONES,
  TUCKER & GABLE, P.L.L.C.
1001 NW 63rd, Suite 280
Oklahoma City, OK 73116
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
mmatlock@rhodesokla.com
jwilliford@rhodesokla.com
*Attorneys for Defendant Axis Surplus Insurance Company*